UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BARRY SEVIN, ET AL.                                CIVIL ACTION

VERSUS                                             NO. 08-802

PARISH OF JEFFERSON, ET AL.                        SECTION "R"

## ORDER

Before the Court are defendant Redflex Traffic Systems's Motion to Continue Certification Hearing (R. Doc. 79) and Motion to Expedite Hearing on Motion to Continue Certification Hearing (R. Doc. 80). The Court GRANTS the Motion to Expedite.

The plaintiffs have filed a motion Motion to Certify Class and set it for hearing on January 21, 2009. Redflex has filed a Motion to Continue this hearing date. District courts enjoy a significant amount of flexibility in determining when a class certification determination will be made. *See Oscar Private Equity Investments v. Allegiance Telecom, Inc.*, 487 F.3d 261, 267 (5th Cir. 2007) ("Rule 23(c)(1)(A) no longer demands that the district court rule on class certification 'as soon as practicable,' but instead insists only upon a ruling 'at an early practicable time.'"); 7AA WRIGHT, ET AL., FEDERAL PRACTICE & PROCEDURE: CIVIL § 1785.3 (3d ed. 2005). At this point in the present case, a class certification hearing would be premature. As the Court indicated in its recent order denying the defendants' motions to dismiss, there is substantial uncertainty that grounds exist for many of the plaintiffs' claims. (*See* R. Doc. 68 at

9-11.) Without knowing which of the plaintiffs' claims will ultimately survive a motion to dismiss, it will be difficult to determine whether there are "questions of law and fact common to the class" and whether the "claims or defenses of the representative parties are typical of the claims or defenses of the class." FED. R. CIV. P. 23(a). Moreover, as Redflex points out, the current hearing date does not allow the defendants sufficient time to conduct class discovery and prepare their responsive memoranda.

For the foregoing reasons, the Redflex's Motion to Continue is GRANTED. The plaintiffs' Motion to Certify Class (R. Doc. 77) is DENIED without prejudice to its renewal at a time to be scheduled by the Court..

IT IS SO ORDERED.

New Orleans, Louisiana, this  9th  day of January, 2009.

_____
**SARAH S. VANCE
UNITED STATES DISTRICT JUDGE**